UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
AUG 14 2023
U.S. DISTRICT COURT
ELKINS WV 26241

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal No. 2:23cr16 |
| v. | Violations: 18 U.S.C. § 1701 |
| NICHOLAS WHITED aka COLE WHITED, | |
| Defendant. | |

INFORMATION

The United States Attorney charges that:

COUNT ONE

(Obstruction of Mail)

On or about February 11, 2023, in Barbour County, in the Northern District of West Virginia, defendant Nicholas Whited aka Cole Whited knowingly and willfully did obstruct the passage of the mail; in violation of Title 18 United States Code, Section 1701.

WILLIAM IHLENFELD
United States Attorney

Stephen Warner
Assistant United States Attorney

1